QUIN DENVIR, Bar #49374
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Attorneys for Defendant
BLAIRE GUTHRIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:05-mj-0042 |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; [PROPOSED] ORDER THEREUPON |
| v. | |
| BLAIRE I. GUTHRIE, | Date: May 17, 2005 |
| Defendant. | Time: 10:00 a.m.<br>Judge: Hon. William M. Wunderlich |

Defendant, Blair I. Guthrie, pursuant to F. R. Crim. P. 43 (b) (2) and (3), hereby waives her right to be personally present in open court upon the hearing of any proceeding in this cause, including, but not limited to, status conferences, motions hearings, and trial. **Defendant is aware that a status conference has been scheduled for May 17, 2005.**

Defendant hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. She agrees that her interests shall be represented at all times by the presence of her attorney, Carrie Leonetti of the Office of the Federal Defender, the same as if Defendant were personally present.

This request is being made for the reasons that: Defendant is represented by counsel; Defendant is currently residing in Vacaville, California and is planning on moving to Iowa in the near future; and Defendant desires to limit the number of her personal court appearances and minimize the time and expense of travel to court.

National Park Service Chief Legal Officer has advised counsel that she has no objection to this waiver.

Dated: May 30, 2005

_____
BLAIR I. GUTHRIE,
Defendant

Dated: April 28, 2005

_____
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
BLAIR I. GUTHRIE

It is so Ordered. Dated: 5/11/05

_____
United States Magistrate Judge

WAIVER OF PRESENCE                              2