McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
MISDEMEANOR UNIT
Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05-CR-0372 AWI |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | HON. ANTHONY W. ISHII |
| | ) | |
| BLAIRE I. GUTHRIE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The government's motion to extend the time in which to respond to defendant appellate brief is hereby GRANTED. The government shall respond to defendant's brief by March 5, 2007.

The defendant shall have until March 19, 2007 to reply to the government's brief.

IT IS SO ORDERED.

**Dated:   January 23, 2007**              **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE